**Form ogrnapw7**   (Revised 3/2018)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

In re:                                                    Case Number:  23–21501
                                                          Chapter:  7

Mark James Phillips

4205 Adams St
Kansas City, KS 66103

SSN: xxx–xx–6860

| | Filed and Entered by the Court |
|---|---|
| **ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE** | **12/22/23**<br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court |

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be granted.

If sufficient assets are recovered in this case, the trustee is directed to pay the Chapter 7 filing fee from those assets.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

Document 9 – 2                                        s/   David D. Zimmerman
                                                      Clerk, United States Bankruptcy Court