| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1: | Mark James Phillips | | Social Security number or ITIN: | xxx–xx–6860 |
| | First Name   Middle Name   Last Name | | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | District of Kansas | | Date case filed for chapter: | 7   12/20/23 |
| Case number / Presiding Judge: | 23–21501 / Robert D. Berger | | Date Notice Issued: | 12/21/23 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   11/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov.

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | Meeting of creditors | January 16, 2024 at 09:30 AM | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | **Phone Number: (877) 709–1280, Access Code: 1717631#** |

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 2. | Debtor's full name | Mark James Phillips | |
| 3. | All other names used in the last 8 years | | |
| 4. | Address | 4205 Adams St Kansas City, KS 66103 | |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **5.** | **Debtor's Attorney**<br>Name and address | Sean Collins I<br>The Hood Law Group<br>4233 Roanoke Rd<br>Ste 200<br>Kansas City, MO 64111 | Contact phone 816–561–5000 |
| **6.** | **Bankruptcy trustee**<br>Name and address | Christopher J Redmond<br>Redmond Law Firm, LLC<br>13220 Metcalf Ave.<br>Suite 310<br>Overland Park, KS 66213 | Contact phone 913–379–1100 |
| **7.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | Office Hours: 9:00 AM – 4:00 PM<br>Monday – Friday<br><br>Contact phone (913) 735–2110 |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise.<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.<br><br>**Deadline to object to intended abandonment:** | **Filing deadline: 3/18/24**<br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors<br><br><br><br>**Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered. |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection. | |
| **13.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 23-21501    Doc# 10    Filed 12/23/23    Page 2 of 4

| | |
|---|---|
| In re: | Case No. 23-21501-RDB |
| Mark James Phillips | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 309A | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 9944496 | | Kansas Department of Revenue, Individual Income Tax, Topeka KS 66699-0260 |
| 9944499 | + | University Health, frmrly Truman Health, Attn: Billings Department, 2301 Holmes St, Kansas City MO 64108-2640 |
| 9944500 | + | Wakefield and Associates, 3702 W Truman Blvd, Jefferson City MO 65109-4970 |
| 9944502 | + | Wyandotte County, 710 N. 7th St, Suite 200, Kansas City KS 66101-3047 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: markphillips.mjp.enterprises@gmail.com | Dec 21 2023 20:20:00 | Mark James Phillips, 4205 Adams St, Kansas City, KS 66103-3108 |
| aty | | Email/Text: sean.c.712@gmail.com | Dec 21 2023 20:20:00 | Sean Collins, I, The Hood Law Group, 4233 Roanoke Rd, Ste 200, Kansas City, MO 64111 |
| tr | + | EDI: QCJREDMOND.COM | Dec 22 2023 01:14:00 | Christopher J Redmond, Redmond Law Firm, LLC, 13220 Metcalf Ave., Suite 310, Overland Park, KS 66213-2842 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Dec 21 2023 20:21:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 9944493 | + | EDI: BANKAMER2 | Dec 22 2023 01:14:00 | Bank of America, 201 N. Tryon St, Charlotte NC 28202-2146 |
| 9944494 | + | EDI: CAPITALONE.COM | Dec 22 2023 01:14:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 9944495 | | EDI: IRS.COM | Dec 22 2023 01:14:00 | Internal Revenue Service, Centralized Insolvency Office, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 9944497 | + | EDI: SYNC | Dec 22 2023 01:14:00 | Syncb/Amazon, PO Box 71737, Philadelphia PA 19176-1737 |
| 9944498 | + | EDI: PHINGENESIS | Dec 22 2023 01:14:00 | TBOM Retail, PO Box 4499, Beaverton OR 97076-4499 |
| 9944501 | + | Email/Text: bankruptcyreports@wakeassoc.com | Dec 21 2023 20:21:00 | Wakefield and Associates LLC, PO Box 58, Fort Morgan CO 80701-0058 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

**Name** | **Email Address**

Christopher J Redmond

christopher.redmond@christopherredmondlawfirm.com
karen@christopherredmondlawfirm.com;cjredmond@ecf.axosfs.com;MO26@ecfcbis.com

Sean Collins, I

on behalf of Debtor Mark James Phillips sean.c.712@gmail.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 3