Form ntcfinmgt (Revised 12/03/2015)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23–21501                    Chapter: 7

In re: (Name of Debtor)

Mark James Phillips
4205 Adams St
Kansas City, KS 66103

| Entered By The Court 12/21/23 | **NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT** (Official Form 423) | **Filed By The Court** 12/21/23 David D. Zimmerman Clerk of Court US Bankruptcy Court |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 8                    s/ David D. Zimmerman
                              Clerk, United States Bankruptcy Court

In re:                                                                       Case No. 23-21501-RDB
Mark James Phillips                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                              User: admin                                        Page 1 of 1
Date Rcvd: Dec 21, 2023                     Form ID: ksnfinmg                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: markphillips.mjp.enterprises@gmail.com | Dec 21 2023 20:20:00 | Mark James Phillips, 4205 Adams St, Kansas City, KS 66103-3108 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J Redmond | christopher.redmond@christopherredmondlawfirm.com<br>karen@christopherredmondlawfirm.com;cjredmond@ecf.axosfs.com;MO26@ecfcbis.com |
| Sean Collins, I | on behalf of Debtor Mark James Phillips sean.c.712@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 3