Form ogrnapw7    (Revised 3/2018)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

In re:   Case Number: 23–21501
Chapter: 7

Mark James Phillips
4205 Adams St
Kansas City, KS 66103

SSN: xxx–xx–6860

**ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

**Filed and Entered by the Court**
**12/22/23**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be granted.

If sufficient assets are recovered in this case, the trustee is directed to pay the Chapter 7 filing fee from those assets.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

Document 9 – 2

s/   David D. Zimmerman
Clerk, United States Bankruptcy Court

United States Bankruptcy Court
District of Kansas

In re:                                                                                                  Case No. 23-21501-RDB
Mark James Phillips                                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 22, 2023 | Form ID: ogrnapw7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: markphillips.mjp.enterprises@gmail.com | Dec 22 2023 19:55:00 | Mark James Phillips, 4205 Adams St, Kansas City, KS 66103-3108 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J Redmond | christopher.redmond@christopherredmondlawfirm.com<br>karen@christopherredmondlawfirm.com;cjredmond@ecf.axosfs.com;MO26@ecfcbis.com |
| Sean Collins, I | on behalf of Debtor Mark James Phillips sean.c.712@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 3